ATLAS DATA PRIVACY CORPORATION et al.

v.

LIGHT HOUSE LIST COMPANY LLC

(D.N.J. No. 1:24-cv-11443)

Lighthouse List Company, LLC,
　　　　　　　　　　　　Petitioner