## STARR, GERN, DAVISON & RUBIN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 226-0031
WWW.STARRGERN.COM

IRA M. STARR°
AMOS GERN*†
RONALD L. DAVISON
EDWIN S. RUBIN (1929-2017)
JONATHAN J. LERNER*^
NICHOLAS STEVENS°^ (1964-2018)
STEPHEN R. URBINATO□
—
DAVID WENDEL
HENRY J. CISTRELLI
JOHN T. BROST*
L. JUSTINE JURICK*<
STEWART J. MILLER
ZACHARY Q. SINKIEWICZ

OF COUNSEL
LARRY M. COLE
BRUCE M. PITMAN*^
LOUIS DAVID BALK*^
CHARLES F. VUOTTO, JR.^°
SHELLEY L. STANGLER*
CATHYANNE A. PISCIOTTA•
ALONA MAGIDOVA*^

* MEMBER NJ & NY BAR
° MEMBER NJ & DC BAR
□ MEMBER NJ & PA BAR
< MEMBER NJ & TX BAR
† CERTIFIED BY THE
   SUPREME COURT OF
   NEW JERSEY AS A
   CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME
   COURT OF NEW JERSEY AS A
   MATRIMONIAL LAW ATTORNEY
^ N.J.Ct.R. 1:40
   QUALIFIED MEDIATOR
• L.L.M. IN TAXATION

Email: rdavison@starrgern.com

March 21, 2025

**<u>Via Electronic Filing</u>**
Office of the Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re: *Atlas Data Privacy Corp. et al. v. Lighthouse List Co.*, No. 25-8003
    (on appeal from Civil Action No. 1:24-cv-11443-HB (D.N.J.))

Dear Sir or Madam,

    My firm represents Defendant-Appellant Lighthouse List Company, LLC ("Lighthouse List") in the above-referenced matter. We write to confirm, per the Court's March 18, 2025 Order granting Lighthouse List's petition to appeal (ECF No. 4), that Lighthouse List paid on March 20, 2025 the $605.00 docketing and filing fees to the United States District Court for the District of New Jersey (receipt number 51675).

    Respectfully submitted,

    STARR, GERN, DAVISON & RUBIN, P.C.

    By: <u>Ronald L. Davison</u>
           Ronald L. Davison